## CHARLES COOK agt. JOHN FINCH.

In an affidavit for a motion to change the venue, the *town* as well as the county in which the witnesses reside must be stated. (1 *Howard's Practice Reports*, 195.)

*February Term*, 1846.
MOTION by defendant to change venue.

It was objected by plaintiff's counsel that the defendant's affidavit did not state the *town* where the witnesses resided.

> H. WELLES, *defendant's counsel.*
> E. VAN BUREN, *defendant's attorney.*
> J. A. SPENCER, *plaintiff's counsel.*
> L. N. B. VANDERLIP, *plaintiff's attorney.*

BRONSON, Chief Justice. The affidavit is defective in not stating the *town* as well as the county in which the witnesses reside.

Motion denied with costs, without prejudice.